UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-29053 |
| | ) | |
| HASSEN A. HALEEM | ) | Chapter:  13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING RELEASE OF INSURANCE PROCEEDS

This cause coming before the Court on the Debtor's Motion to Authorize Release of Insurance Proceeds; the Court being fully advised in the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. State Farm Mutual Automobile Insurance Company is authorized to release insurance proceeds to Santander Consumer USA Inc., these funds to be applied toward Debtor's outstanding automobile loan with Santander Consumer USA Inc.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  August 13, 2020

**Prepared by:**

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com